UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA R. MCCALL,

    Plaintiff,

v.                                           CASE NO.: 8:14-cv-1842-T-23MAP

PIERO A. BUGONI,

    Defendant.
_____/

**ORDER**

An August 21, 2014, report (Doc. 5) recommends denying the defendant's motion to proceed *in forma pauperis* and recommends remanding this action for lack of subject matter jurisdiction. The report and recommendation (Doc. 5) is **ADOPTED**. The motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**. This action is **REMANDED** for failure of the removing party to invoke federal jurisdiction. The clerk is directed (1) to mail, as required by 28 U.S.C. § 1447(c), a certified copy of this order to the clerk of the Circuit Court for Hillsborough County, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on September 4, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE